# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **BELINDA PALMER,** | ) | |
| **Plaintiff,** | ) | **CASE NO. CIV-2016-206-D** |
| **v.** | ) | |
| | ) | **UNOPPOSED** |
| **XEROX BUSINESS SERVICES, LLC,** | ) | |
| **Defendant.** | ) | |

## STIPULATION OF DISMISSAL

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Belinda Palmer, and after conferring with Defendant, Xerox Business Services, LLC, Plaintiff makes the following stipulations:

1. This matter was stayed pending arbitration on April 28, 2016 [Docket No.8].

2. Arbitration of this matter has now concluded and Plaintiff therefore wishes the Court to enter an **Order of Dismissal with Prejudice**.

**WHEREFORE**, Plaintiff hereby moves the Court to dismiss this matter with prejudice. I have conferred with XBS counsel and XBS does not oppose this stipulation or requested dismissal.

                                      **COUNSEL FOR PLAINTIFF**

                                      /s/ Christine C. Vizcaino
                                      Christine C. Vizcaino, OBA #30527
                                      MAZAHERI LAW FIRM, PLLC
                                      3445 W. Memorial Rd., Ste. H
                                      Oklahoma City, OK  73134
                                      T: 405.414.2222 | F: 405.607.4358-1600
                                      christine@mazaherrrilaw.com

## **CERTIFICATE OF SERVICE**

      I certify on March 22, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also served the foregoing to counsel for XBS by electronic mail.

                                    /s/ Christine C. Vizcaino
                                    OF COUNSEL